**No. 10-9289. Martha Ritter, Petitioner v. E. Kerfoot Ritter, Jr., et al.**

563 U.S. 978, 131 S. Ct. 2880, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3533, ■

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 30.

**No. 10-9293. Raymond Lane, Petitioner v. A. Valone, et al.**

563 U.S. 978, 131 S. Ct. 2880, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3530.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9294. Anthony Wayne Johnson, Jr., Petitioner v. Anthony Hedgpeth, Warden.**

563 U.S. 978, 131 S. Ct. 2881, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3510.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9297. Rene Amigon, Petitioner v. Illinois.**

563 U.S. 978, 131 S. Ct. 2881, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3388.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 239 Ill. 2d 71, 346 Ill. Dec. 63, 940 N.E.2d 63.

**No. 10-9298. Joe Rayford Brooks, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 978, 131 S. Ct. 2881, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3427.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9305. Binh Ly, Petitioner v. David R. McKune, Warden, et al.**

563 U.S. 978, 131 S. Ct. 2881, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3417.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 502.

**No. 10-9307. William L. Ridenour, Petitioner v. Terry J. Collins, Warden, et al.**

563 U.S. 978, 131 S. Ct. 2881, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3506.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9315. Wallace Gilbert-Mitchell, Jr., Petitioner v. Marla Patterson, et al.**

563 U.S. 979, 131 S. Ct. 2881, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3462.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9339. Charlie Waters, Petitioner v. Burl Cain, Warden.**

563 U.S. 979, 131 S. Ct. 2882, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3497.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9376. Antonio Tisdale, Petitioner v. South Carolina.**

563 U.S. 979, 131 S. Ct. 2882, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3419.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 259.

**No. 10-9378. Helen K. Tidwell, Petitioner v. Florida.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3400,

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 55 So. 3d 1290.

**No. 10-9382. Fortino Avila-Canchola, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3450.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 317.

**No. 10-9398. Zachariah A. Surgick, Petitioner v. Deputy Warden Martinez, et al.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3468.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9443. Bruce L. Franzen, Petitioner v. E. K. McDaniel, Warden, et al.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3438.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 227.

**No. 10-9452. Herman T. Clark, Petitioner v. Leon Wilson.**

563 U.S. 979, 131 S. Ct. 2884, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3375.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 625 F.3d 686.

**No. 10-9480. Michael Arthur Kowal, Petitioner v. Rhode Island.**

563 U.S. 979, 131 S. Ct. 2884, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3461.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Rhode Island denied.